

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00187-CV

Farmers Group, Inc., Farmers Underwriters Association, Fire Underwriters Association, Farmers Insurance Exchange, Fire Insurance Exchange, Gerald Hooks Jr., Lesly K. Nolen, and Joseph C. Blanks, P.C.

v.

Sandra Geter, on Behalf of Herself and All Others Similarly Situated

On appeal from the
172nd District Court of Jefferson County, Texas
Trial Cause No. E-167,872

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants and Fidelity and Deposit Company of Maryland, as surety on the supersedeas bond, and 50% against appellee.

We further order this decision certified below for observance.

October 10, 2019